IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Michael R. Harkness, | ) | |
| | ) | Civil Action. No. 9:11-cv-02920-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the court upon motion of the Plaintiff, through her attorney, Beatrice E. Whitten, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. On March 18, 2013, Counsel for the Plaintiff Beatrice E. Whitten ("Counsel"), filed a motion for attorney's fees and costs [Dkt. No. 28] pursuant to 42 U.S.C. § 406(b).  The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $8,735.88 for fees (51.60 hours at $169.30 per hour) for costs and expenses.  Defendant's response to Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b) [Doc. 29] notifies the court that he does not oppose Plaintiff's request for fees in the amount stated herein pursuant to 42 U.S.C. § 406(b). However, the parties agreed to a stipulated amount of $7,000 for attorney fees.

    The court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's stipulated request for fees reasonable.

   Therefore, the Plaintiff is entitled to an award of attorney's fees under 42 U.S.C. § 406(b) in the stipulated amount of $7,000 in attorney fees for costs and expenses.

1

**IT IS SO ORDERED.**

United States District Judge

Greenville, South Carolina
April 24, 2013

2